IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATEEFAH ASUBIARO | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-04533 |
| | § | |
| HANWHA OCEAN GLOBAL | § | |
| OPERATION CENTER, LLC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Lateefah Asubiaro and Defendant Hanwha Ocean Global Operation Center, LLC's (collectively, "Parties") Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"). Having reviewed the Joint Stipulation, the Court is of the opinion that the requested relief is GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims and causes of action against Defendant are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all of Defendant's claims and causes of action against Plaintiff are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear their own costs and attorneys' fees.

Signed this __30th__ day of _____April_____, 2026.

_____
Lee H. Rosenthal
Senior United States District Judge